

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00185-CV

| | | |
|---|---|---|
| COMP-E-WARE TECHNOLOGY ASSOCIATES, INC. D/B/A COMWARE, Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-310938-19) |
| V. | | |
| | § | March 25, 2021 |
| MUSHKIN, INC., D/B/A ENHANCED NETWORK SYSTEMS, Appellee | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. We reverse the order of the 17th District Court of Tarrant County denying Comp-E-Ware Technology Associates, Inc. d/b/a Comware's "Motion to Compel Arbitration [of] and Motion to Dismiss or Stay" the claims of Mushkin, Inc. (doing business as Enhanced Network Systems). We remand this case to that court to enter an order staying the claims of Enhanced Network

Systems against Comware (including discovery), pending resolution of the arbitration ordered by the 44th District Court of Dallas County. This court's order of November 6, 2020 staying that portion of the trial court's September 18, 2020 order denying Comware's "Motion to Stay and for a Protective Order" remains in effect until the trial court issues the stay order as directed.

It is further ordered that Mushkin, Inc., d/b/a Enhanced Network Systems shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach